

# Fourth Court of Appeals
## San Antonio, Texas

August 14, 2015

No. 04-15-00434-CV

**IN THE INTEREST OF S.L.**,

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 04-0152-CV
Honorable Gary L. Steel, Judge Presiding

# O R D E R

On July 13, 2015, Appellant Sally Leeson filed a notice of appeal in the trial court. *See* TEX. R. APP. P. 25.1(a). The next day, the clerk of this court notified Appellant in writing that our records do not show that the $195.00 or $10.00 filing fees have been paid. Further, our records do not show that Appellant is excused by statute or rule from paying the filing fees. *See id.* R. 5 (requiring fees in civil cases); *id.* R. 20.1 (waiving fees if indigence established). The clerk's July 14, 2015 letter warned Appellant if the filing fees were not paid by July 30, 2015, the appeal could be stricken by the court. To date, this court has not received payment or an affidavit of indigence. *See id.* R. 20.1(c)(1).

The clerk's letter also advised Appellant that the docketing statement must be filed with this court by July 30, 2015. *See id.* R. 32.1; 4TH TEX. APP. (SAN ANTONIO) LOC. R. 5.2, *available at* http://www.txcourts.gov/4thcoa/practice-before-the-court/local-rules.aspx. To date, no docketing statement has been filed. Appellant must file a docketing statement within TEN DAYS of the date of this order.

We ORDER Appellant Sally Leeson to show cause in writing within FIFTEEN DAYS of the date of this order that either (1) the $195.00 and $10.00 filing fees have been paid, or (2) Appellant is entitled to appeal without paying the filing fees. If Appellant fails to respond within the time provided, this appeal will be dismissed. *See* TEX. R. APP. P. 5, 42.3(c); *In re W.J.C.*, No. 04-05-00532-CV, 2005 WL 3477883 (Tex. App.—San Antonio Dec. 21, 2005, no pet.) (mem. op.).

All other appellate deadlines are SUSPENDED pending further order of this court.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of August, 2015.

_____
Keith E. Hottle
Clerk of Court